**Fill in this information to identify the case:**

Debtor 1        Ernesto Parra

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the : Northern        District of   Illinois
(State)

Case number    16-39775

---

Official Form 410S1

# Notice of Mortgage Payment Change       12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

| | | |
|---|---|---|
| **Name of creditor:** | The Bank of New York Mellon Trust Company, N.A, not in its individual capacity but solely as trustee on behalf of the FDIC 2013-R2 Asset Trust | **Court claim no.** (if known):   3 |
| **Last four digits** of any number you use to identify the debtor's account: | XXXXXX1669 | **Date of payment change:** Must be at least 21 days after date of this notice       2/1/2021 |
| | | **New total payment:** Principal, interest, and escrow, if any       $1,800.73 |

## Part 1: Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**

   ☒ No
   ☐ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   Current escrow payment:    $ _____        New escrow payment :    $ _____

## Part 2: Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate in the debtor's variable-rate account?**

   ☐ No
   ☒ Yes   Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   Current interest rate:            3.62500%       New interest rate:            3.00000%
   Current principal and interest payment:   $ 1,423.87      New principal and interest payment:   $ 1,361.96

## Part 3: Other Payment Change

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

   ☒ No
   ☐ Yes. Attach a copy of any documents describing the basis for the change, such as repayment plan or loan modification agreement.
   *(Court approval may be required before the payment change can take effect.)*

   Reason for change: _____

   Current mortgage payment:   $ _____       New mortgage payment:   $ _____

---

| Debtor 1 | **Ernesto Parra** | Case number *(if known)* 16-39775 |
|---|---|---|
| | First Name   Middle Name   Last Name | |

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.
☒ I am the creditor's authorized agent

**I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.**

X   /s/Dana  O'Brien                                              Date   12/17/2020
    Signature

Print:   Dana                              O'Brien                Title   Authorized Agent for Creditor
         First Name   Middle Name   Last Name

Company   McCalla Raymer Leibert Pierce, LLC

Address   1544 Old Alabama Road
          Number   Street
          Roswell                 GA                 30076
          City                    State              ZIP Code

Contact phone   (312) 346-9088 X5188                              Email   Dana.OBrien@mccalla.com

|  |  |
|---|---|
| In Re: | Bankruptcy Case No.: 16-39775 |
|  | Chapter: 13 |
| Ernesto Parra | Judge: Janet S. Baer |

## CERTIFICATE OF SERVICE

I, Dana O'Brien, of McCalla Raymer Leibert Pierce, LLC, 1544 Old Alabama Road, Roswell, GA 30076, certify:

That I am, and at all times hereinafter mentioned, was more than 18 years of age;

That on the date below, I caused to be served a copy of the within NOTICE OF MORTGAGE PAYMENT CHANGE filed in this bankruptcy matter on the following parties at the addresses shown, by regular United States Mail, with proper postage affixed, unless another manner of service is expressly indicated:

Ernesto Parra
4001 North Lincoln Street
Westmont, IL 60559

David Ratowitz                                    (served via ECF Notification)
Ratowitz Law Group
4809 North Ravenswood #227
Chicago, IL 60640

Glenn B Stearns, Trustee                          (served via ECF Notification)
801 Warrenville Road, Suite 650
Lisle, IL 60532

U.S. Trustee                                      (served via ECF Notification)
Patrick S Layng
Office of the U.S. Trustee, Region 11
219 S Dearborn St, Room 873
Chicago, IL 60604

I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed on:   12/23/2020         By:   /s/Dana O'Brien
               (date)                   Dana O'Brien
                                        Authorized Agent for Creditor



PO Box 818060
5801 Postal Road
Cleveland, OH 44181

12/01/2020

**OUR INFO**
ONLINE
**www.mrcooper.com**

**YOUR INFO**
LOAN NUMBER

PROPERTY ADDRESS
**4001 N LINCOLN ST
WESTMONT, IL 60559**

ERNESTO PARRA
4001 N LINCOLN ST
WESTMONT, IL 60559

Dear Ernesto Parra,

**Changes to Your Mortgage Interest Rate and Payments on 1/1/21.**

Under the terms of your Adjustable Rate Mortgage (ARM), your current interest rate has been 3.625%. That rate ends on 1/1/21, so on that date your interest rate changes. After that, your interest rate and payment change every 6 months for the life of your loan. Your interest rate and payment are scheduled to change again on 8/1/21.

|  | **Current Rate and Monthly Payment** | **New Rate and Monthly Payment** |
|---|---|---|
| Interest Rate | 3.625% | 3.000% |
| Principal | $810.04 | $855.99 |
| Interest | $613.83 | $505.97 |
| Escrow | $438.77 | $438.77 |
| **TOTAL MONTHLY PAYMENT** | $1,862.64 | $1,800.73 due 2/1/21 |

**Interest Rate:** We will calculate your interest rate by taking a published "index rate" and adding a certain number of percentage points, called the "margin." Under your loan agreement, your index rate is the AVERAGE OF THE LONDON INTERBANK OFFERED RATES FOR SIX-MONTH US DOLLAR DENOMINATED DEPOSITS and your margin is 2.750%. The AVERAGE OF THE LONDON INTERBANK OFFERED RATES FOR SIX-MONTH US DOLLAR DENOMINATED DEPOSITS is published DAILY IN THE PRINT EDITION OF THE WALL STREET JOURNAL.

**Rate Limits:** Your rate cannot go higher than 13.875%, or lower than 2.750%, over the life of the loan. Your rate on the first change cannot be increased by more than 6.000% or decreased by more than 5.125%.

**New Interest Rate and Monthly Payment:** The table above shows your new interest rate and new monthly payment. These amounts are based on the AVERAGE OF THE LONDON INTERBANK OFFERED RATES FOR SIX-MONTH US DOLLAR DENOMINATED DEPOSITS index, your margin of 2.750%, your loan balance of $202,387.68, and your remaining loan term of 186 months.

**Prepayment Penalty:** We will not assess a prepayment penalty at any time, in the event you would like to pay part or all of your mortgage balance.

*Please be advised, if your monthly payments are auto drafted from your bank account, changes to your monthly payment, per the terms of your Adjustable Rate Note, will be reflected in the amount deducted from your account.*

If you have any questions, your Dedicated Loan Specialist is Cosmin Mihai and can be reached at (866)-316-2432 or via mail at Lake Vista 4, 800 State Highway 121 Bypass, Lewisville, TX 75067. Our hours of operation are Monday through Thursday from 7 a.m. to 8 p.m. (CT), Friday from 7 a.m. to 7 p.m. (CT) and Saturday from 8 a.m. to 12 p.m. (CT). Visit us on the web at www.mrcooper.com for more information.

Mr. Cooper is a brand name for Nationstar Mortgage LLC. Nationstar Mortgage LLC is doing business as Nationstar Mortgage LLC d/b/a Mr. Cooper. Mr. Cooper is a registered service mark of Nationstar Mortgage LLC. All rights reserved.

**Please be advised this communication is sent for informational purposes only and is not intended as an attempt to collect, assess, or recover a claim against, or demand payment from, any individual protected by the U.S. Bankruptcy Code. If this account has been discharged in a bankruptcy proceeding, be advised this communication is for informational purposes only and not an attempt to collect a debt against you; however, the servicer/lender reserves the right to exercise the legal rights only against the property securing the loan obligation, including the right to foreclose its lien under appropriate circumstances. Nothing in this communication shall be construed as an attempt to collect against the borrower personally or an attempt to revive personal liability.**
If you are a successor in interest (received the property from a relative through death, devise, or divorce, and you are not a borrower on the loan) that has not assumed, or otherwise become obligated on the debt, this communication is for informational purposes only and is not an attempt to collect a debt from you personally.


EQUAL HOUSING OPPORTUNITY



Sincerely,
Mr. Cooper